UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

In re:

HOWARD D. HOLLAND and TAMMY R. HOLLAND,

　　　　　　　Debtors.

Case No. F09-00100-DMD
Chapter 13

**Filed On 8/7/09**

## MEMORANDUM ON SIMMONS CLAIM

　　　　　The debtors have filed an objection to the claim of Walter Simmons. Simmons submitted a secured claim for $156,794.76. His security is the debtors' residence. The debtors allege that Simmons' secured claim can be bifurcated pursuant to 11 U.S.C. § 506(a) under *Hougland v. Lomas & Nettleton Co.*[1] *Hougland* was overruled by the Supreme Court in *Nobelman v. American Savings Bank*.[2] The debtor may not bifurcate Mr. Simmons' secured claim. Their objection will be overruled.

　　　　　DATED: August 7, 2009.

BY THE COURT

/s/ Donald MacDonald IV
DONALD MacDONALD IV
United States Bankruptcy Judge

Serve:　　J. Crawford, Esq.
　　　　　V. Therrien, Esq.
　　　　　L. Compton, Trustee
　　　　　U. S. Trustee

　　　　　08/07/09

---

[1] *(In re Hougland)* 886 F.2d 1182 (9th Cir. 1989).

[2] 508 U.S. 324 (1993).